## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: David H. Fulton aka David Hoffa Fulton aka David Fulton**
     **Angela M Fulton aka Angela Quick-Fulton aka Angela Marie Fulton aka Angela Fulton**

                 **Debtors**

**BK NO. 14-03088 RNO**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC, and index same on the master mailing list.

Re: Loan # Ending In: 2660

                    Respectfully submitted,

                    **/s/ Joshua I. Goldman , Esquire___**
                    Joshua I. Goldman, Esquire
                    Thomas Puleo, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 825-6306  FAX (215) 825-6406
                    Attorney for Movant/Applicant