# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |
|---|---|
| : | **CHAPTER** _____ |
| : | |
| : | **CASE NO.** __-___-bk-_____ |
| : | |
| : | |
| **Debtor(s)** : | |
| : | **ADVERSARY NO.** __-___-ap-_____ |
| : | (if applicable) |
| : | |
| : | |
| : | |
| **Plaintiff(s)/Movant(s)** : | |
| **vs.** : | **Nature of Proceeding:** _____ |
| : | |
| : | _____ |
| : | |
| : | |
| : | |
| **Defendant(s)/Respondent(s)** : | **Document #:** _____ |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

    Reason for the continuance.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____    _____

                                                     Attorney for_____

                                                     Name: _____

                                                     Phone Number: _____

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.