```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03088-RNO
Angela M. Fulton                                                Chapter 13
David H. Fulton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CGambini        Page 1 of 1        Date Rcvd: May 01, 2019
                            Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4992587        E-mail/Text: jennifer.chacon@spservicing.com May 01 2019 19:48:43
               U.S. Bank National Association,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1
               alubin@milsteadlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 2 David H. Fulton Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Angela M. Fulton Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Plaintiff David H. Fulton Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Plaintiff Angela M. Fulton Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM 2015- 1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM 2015- 1EC Trust, Mortgage-Backed Notes, Series 2015-1EC
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust,
               Mortgage-Backed Notes, Series 2015-1EC mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Madison Revolving Trust 2017
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Morris Anthony Scott    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for, Metropolitan Asset Funding, Inc., II, Mortgage Pass-Through Certificates,
               Series 1998-A mscott@udren.com,  vbarber@udren.com
              Morris Anthony Scott    on behalf of Creditor    The Bank of New York Mellon, as Trustee, pursuant
               to the terms of that certain Pooling and Servicing Agreement dated as of April 1, 1998, related
               to Metropolitan Asset Funding, Inc., II, Mortgage Pass mscott@udren.com,  vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    The Bank of New York Mellon, as Trustee,
               pursuant to the terms of that certain Pooling and Servicing Agreement dated as of April 1, 1998,
               related to Metropolitan Asset Funding, Inc., II, Mortgage Pass nlabletta@pincuslaw.com,
               vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-03088-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Angela M. Fulton<br>1718 Scamper St.<br>Hazle Twp. PA 18202 | David H. Fulton<br>1718 Scamper St.<br>Hazle Twp. PA 18202 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 | U.S. Bank National Association<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250<br>U.S. Bank National Association<br>c/o Select Portfolio Servicing, Inc. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/03/19

Terrence S. Miller
**CLERK OF THE COURT**