Certificate Number: 16339-PAM-DE-032949682

Bankruptcy Case Number: 14-03088


16339-PAM-DE-032949682

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on June 10, 2019, at 9:01 o'clock PM EDT, Angela Fulton completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 11, 2019

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor