In re:                                                                Case No. 14-03088-RNO
Angela M. Fulton                                                      Chapter 13
David H. Fulton
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 3          Date Rcvd: Aug 08, 2019
                              Form ID: 3180W          Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
```
db/jdb        +Angela M. Fulton,    David H. Fulton,    1718 Scamper St.,    Hazle Twp., PA 18202-2801
4515949       +1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
4513377        AE Factory National Support Center,    P.O. Box 601509,    Dallas, TX 75360-1509
4513376        Accounts Recovery Bureau, Inc.,    P.O. Box 6768,    Wyomissing, PA 19610-0768
4513378        Alliance Orthopedic and Sports Medi,    P.O. Box 1347,    Kingston, PA 18704-0347
4513380        Amerifinancial Solutions LLC,    PO Box 65018,    Baltimore, MD 21264-5018
4513383       +Aspen Dental,   741 Airport Rd.,    Hazleton, PA 18202-3296
4513384       +Bethune & Associates,    14435 N. 7th St., Suite 201,    Phoenix, AZ 85022-4376
4513385        Blue Mountain Health System,    211 N. 112th St.,    Lehighton, PA 18235
4513388       +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
4513389       +Charles R. Pedri, Solicitor,    1 W Broad Street Ste 4,    Hazleton PA 18201-6431
4513390       +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                West Palm Beach, FL 33416-4738
4513392       +Commonwealth Health,    575 North River St.,    Wilkes Barre, PA 18764-0999
4513393        Computer Credit, Inc.,    Claim Dept. 082705,    640 West Fourth Street,    P.O. Box 5238,
                Winston Salem, NC 27113-5238
4513394        Corporate Investigation Bureau,    555 N. Pleasanton Dr.,    Park Central, Suite 1150,
                Greenville, SC 29607
4513397        Dressel Welding Supply, Inc.,    P.lO. Box 225,    Brattleboro, VT 05302-0225
4566453       +EquiCredit Corporation of America,    c/o Select Portfolio Servicing, Inc.,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
4513398        Evangelical Community Hospital,    118Lukens Drive,    River Edge Park,
                New Castle, DE 19720-2727
4513399       +Evangelical Med Serv Org.,    P.O. Box 3012,    Wilmington, DE 19804-0012
4513401        Foundation Radiology Group, PC,    P.O. Box 49,    Pittsburgh, PA 15230-0049
4531482        GEISINGER HEALTH SYSTEM,    100 NORTH ACADEMY AVE.,    DANVILLE, PA 17822-4938
4513404       +Geisinger Medical Center,    100 N. Academy Ave.,    Danville, PA 17822-0001
4513405       +Hazleton General Hospital,    700 East Broad St.,    Hazleton, PA 18201-6897
4513406        Health Care Management,    238 West Chestnut St.,    Hazleton, PA 18201-6265
4513408       +Lehigh Valley Health Network,    700 East Broad St.,    Hazleton, PA 18201-6835
4513409       +Lehigh Valley Hospital Hazleton,    700 East Broad St.,    Hazleton, PA 18201-6835
4513410        Lehigh Valley Physician Group,    P.O. Box 1754,    Allentown, PA 18105-1754
4513413       +Municipal Authority of Hazle Twp.,    P.O. Box 502,    Harleigh, PA 18225-0502
4513415       +North Shore Agency,    270 Spagnoli Rd., Ste. 110,    Melville, NY 11747-3515
4513416       +Oliver, Price & Rhodes,    1212 South Abington Road,    P.O. Box 240,
                Clarks Summit, PA 18411-0280
4513419       +PennCredit,   916 S. 14th St.,    P.O. Box 988,    Harrisburg, PA 17108-0988
4527533        QUEST DIAGNOSTICS,    MR 461,    PO BOX 4911,    SOUTH EASTERN, PA 19398-4911
4513421        Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
4513423       ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                (address filed with court: Remit Corporation,    36 West Main St.,    P.O. box 7,
                Bloomsburg, PA 17815)
4517820       +St Lukes Hospital,    PO Box 5489,    Bethlehem, PA 18015-0489
4513427       +St. Luke's Emergency Physician Spec,    P.O. box 5386,    Bethlehem, PA 18015-0386
4513428       +St. Lukes Miners Memorial Hospital,    360 W. Ruddle St.,    Coaldale, PA 18218-1099
4513429       +Susquehanna Health,    700 High St.,    Williamsport, PA 17701-3100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: PRA.COM Aug 08 2019 23:18:00      PRA Receivables Management LLC,    PO Box 41067,
                Norfolk, VA 23541-1067
4513379        E-mail/Text: ebn@americollect.com Aug 08 2019 19:25:57      Americollect,    1851 S. Alverno Rd.,
                P.O. Box 1566,    Manitowoc, WI 54221
4513382       +E-mail/Text: rperez@arcadiarecovery.com Aug 08 2019 19:25:59      Arcadia Recovery Bureau,
                645 Penn Street,    4th Floor,    Reading, PA 19601-3559
4538540       +E-mail/Text: bncmail@w-legal.com Aug 08 2019 19:25:58      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4513387       +E-mail/Text: bankruptcy@usecapital.com Aug 08 2019 19:26:15      Capital Accounts,
                P.O. Box 140065,    Nashville, TN 37214-0065
4513386       +EDI: CAPITALONE.COM Aug 08 2019 23:18:00      Capital One/Boscovs,    Retail Services,
                PO Box 5893,    Carol Steam, IL 60197-5893
4513391       +E-mail/Text: jstiller@clevelandbrothers.com Aug 08 2019 19:25:46
                Cleveland Brothers Equipment Co., I,    5300 Paxton St.,    Harrisburg, PA 17111-2525
4513395       +EDI: CCS.COM Aug 08 2019 23:18:00      Credit Collections Svc,    Po Box 773,
                Needham, MA 02494-0918
4514982        EDI: DISCOVER.COM Aug 08 2019 23:18:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
4513396       +EDI: DISCOVER.COM Aug 08 2019 23:18:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
4513400        E-mail/Text: bankruptcy@frost-arnett.com Aug 08 2019 19:23:29      Fac/nab,    Attn: ABK Unit,
                Po Box 198988,    Nashville, TN 37219
4513402       +EDI: RMSC.COM Aug 08 2019 23:18:00      GECRB / HH Gregg,    Attention: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4513403        +EDI: RMSC.COM Aug 08 2019 23:18:00      Gecrb/Care Credit,    Attn: bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
4513407         EDI: IRS.COM Aug 08 2019 23:18:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
4513411        +E-mail/Text: bknotices@mbandw.com Aug 08 2019 19:26:02      McCarthy, Burgess & Wolff,
                 The MB&W Building,   26000 Cannon Road,    Cleveland, OH 44146-1807
4513412        +E-mail/Text: mmrgbk@miramedrg.com Aug 08 2019 19:25:55      MiraMed Revenue Group., LLC,
                 991 Oak Creek Drive,    Lombard, IL 60148-6408
4513414        +E-mail/Text: Bankruptcies@nragroup.com Aug 08 2019 19:26:13      National Recovery Agency,
                 2491 Paston Street,    Harrisburg, PA 17111-1036
4710339        +Fax: 407-737-5634 Aug 08 2019 19:39:39      OCWEN LOAN SERVICING, LLC,
                 ATTN: CASHIERING DEPARTMENT,    1661 WORTHINGTON RD., SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
4513417        +EDI: AGFINANCE.COM Aug 08 2019 23:18:00      OneMain Financial,    PO Box 6042,
                 Sioux Falls, SD 57117-6042
4559672         EDI: PRA.COM Aug 08 2019 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4612812         EDI: PRA.COM Aug 08 2019 23:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
4612813         EDI: PRA.COM Aug 08 2019 23:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4513418        +E-mail/Text: mmrgbk@miramedrg.com Aug 08 2019 19:25:55      Pellettieri,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
4513422        +E-mail/Text: Supportservices@receivablesperformance.com Aug 08 2019 19:26:10
                 Receivables Performance Management,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
4540064         EDI: AGFINANCE.COM Aug 08 2019 23:18:00      Springleaf Financial Services,    P.O. Box 3251,
                 Evansville, IN 47731-3251
4513424        +EDI: SEARS.COM Aug 08 2019 23:18:00      Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
4513425        +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2019 19:26:14
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
4513426        +EDI: AGFINANCE.COM Aug 08 2019 23:18:00      Springleaf,    Po Box 9068,   Brandon, FL 33509-9068
4531264         EDI: NEXTEL.COM Aug 08 2019 23:18:00      Sprint Correspondence,    Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
5192892        +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2019 19:26:14
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250,    U.S. Bank National Association,
                 c/o Select Portfolio Servicing, Inc. 84165-0250
4732395        +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2019 19:26:14
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,
                 3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
4732396        +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2019 19:26:14
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,
                 3217 S. Decker Lake Drive,    Salt Lake City, UT 84119,    U.S. Bank National Association,
                 c/o Select Portfolio Servicing, Inc. 84119-3284
4992587         E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2019 19:26:14
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4707018*       +1661 Worthington Road,    Suite 100,    West Palm Beach, FL 33409-6493
4513381*        AmeriFinancial Solutions, LLC,    PO Box 65018,    Baltimore, MD 21264-5018
5192891*        U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
4513420       ##+Progressive Physician Associates,    P.O. Box 4338,    Columbus, GA 31914-0338
                                                                                      TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:

    Andrew M. Lubin   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1 alubin@milsteadlaw.com

    C. Stephen Gurdin, Jr   on behalf of Plaintiff David H. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com

    C. Stephen Gurdin, Jr   on behalf of Plaintiff Angela M. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com

    C. Stephen Gurdin, Jr   on behalf of Debtor 2 David H. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com

    C. Stephen Gurdin, Jr   on behalf of Debtor 1 Angela M. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com

    Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the CIM 2015- 1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

    Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

    Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Matthew Christian Waldt   on behalf of Creditor   Madison Revolving Trust 2017 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Matthew Christian Waldt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the CIM 2015- 1EC Trust, Mortgage-Backed Notes, Series 2015-1EC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Morris Anthony Scott   on behalf of Creditor   The Bank of New York Mellon, as Trustee, pursuant to the terms of that certain Pooling and Servicing Agreement dated as of April 1, 1998, related to Metropolitan Asset Funding, Inc., II, Mortgage Pass pabk@logs.com

    Morris Anthony Scott   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for, Metropolitan Asset Funding, Inc., II, Mortgage Pass-Through Certificates, Series 1998-A pabk@logs.com

    Nicole Bernadette LaBletta   on behalf of Creditor   The Bank of New York Mellon, as Trustee, pursuant to the terms of that certain Pooling and Servicing Agreement dated as of April 1, 1998, related to Metropolitan Asset Funding, Inc., II, Mortgage Pass nlabletta@pincuslaw.com, brausch@pincuslaw.com

    Thomas I Puleo   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                              TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Angela M. Fulton** | Social Security number or ITIN xxx–xx–3636 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **David H. Fulton** | Social Security number or ITIN xxx–xx–1488 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:14–bk–03088–RNO** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela M. Fulton
aka Angela Quick–Fulton, aka Angela Marie Fulton, aka Angela Fulton

David H. Fulton
aka David Hoffa Fulton, aka David Fulton

**By the court:**

*[signature: Robt N. Opel II]*

8/8/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**