# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ANGELA M. FULTON  Case No.: 5-14-03088-RNO
DAVID H. FULTON  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

Creditor Name: SELECT PORTFOLIO SERVICING
Court Claim Number: 13
Last Four of Loan Number: 2660 pre arrears Scamper St
Property Address if applicable: 1718 SCAMPER ST., , HAZLE TWP., PA18202

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages: $4,029.97
b. Prepetition arrearages paid by the Trustee: $4,029.97
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $3,985.04
f. Postpetition arrearages paid by the Trustee: $3,985.04
g. Total b, d, f: $8,015.01

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 15, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  SELECT PORTFOLIO SERVICING
Court Claim Number:  13

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 0130 | 1148820 | 05/04/2016 | $95.67 | $0.00 | $95.67 |
| 0130 | 1153499 | 08/04/2016 | $96.31 | $0.00 | $96.31 |
| 0130 | 1156687 | 10/05/2016 | $97.54 | $0.00 | $97.54 |
| 0130 | 1158272 | 11/02/2016 | $390.71 | $0.00 | $390.71 |
| 0130 | 1159898 | 12/06/2016 | $191.80 | $0.00 | $191.80 |
| 0130 | 1161472 | 01/12/2017 | $95.90 | $0.00 | $95.90 |
| 0130 | 1166169 | 04/12/2017 | $95.91 | $0.00 | $95.91 |
| 0130 | 1167698 | 05/11/2017 | $191.80 | $0.00 | $191.80 |
| 0130 | 1170672 | 07/06/2017 | $40.72 | $0.00 | $40.72 |
| 0130 | 1172190 | 08/10/2017 | $122.92 | $0.00 | $122.92 |
| 0130 | 1173719 | 09/19/2017 | $122.91 | $0.00 | $122.91 |
| 0130 | 1174958 | 10/11/2017 | $122.92 | $0.00 | $122.92 |
| 0130 | 1177686 | 12/05/2017 | $122.39 | $0.00 | $122.39 |
| 0130 | 1179122 | 01/11/2018 | $122.40 | $0.00 | $122.40 |
| 0130 | 1181846 | 03/08/2018 | $122.39 | $0.00 | $122.39 |
| 0130 | 1183227 | 04/03/2018 | $122.40 | $0.00 | $122.40 |
| 0130 | 1186362 | 05/15/2018 | $244.78 | $0.00 | $244.78 |
| 0130 | 1187607 | 06/07/2018 | $122.40 | $0.00 | $122.40 |
| 0130 | 1190398 | 08/09/2018 | $122.36 | $0.00 | $122.36 |
| 0130 | 1191696 | 09/06/2018 | $122.36 | $0.00 | $122.36 |
| 0130 | 1193060 | 10/10/2018 | $122.36 | $0.00 | $122.36 |
| 0130 | 1194407 | 11/08/2018 | $122.39 | $0.00 | $122.39 |
| 0130 | 1195819 | 12/13/2018 | $243.74 | $0.00 | $243.74 |
| 0130 | 1198267 | 02/07/2019 | $121.87 | $0.00 | $121.87 |
| 0130 | 1199554 | 03/12/2019 | $121.87 | $0.00 | $121.87 |
| 0130 | 1200943 | 04/11/2019 | $121.87 | $0.00 | $121.87 |
| 0130 | 1202263 | 05/09/2019 | $121.87 | $0.00 | $121.87 |
| 0130 | 1203579 | 06/06/2019 | $121.97 | $0.00 | $121.97 |
| 0130 | 1204983 | 07/11/2019 | $121.95 | $0.00 | $121.95 |
| 0130 | 1206327 | 08/07/2019 | $43.49 | $0.00 | $43.49 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
ANGELA M. FULTON                                   Case No.: 5-14-03088-RNO
DAVID H. FULTON                                    Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 15, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| C. STEPHEN GURDIN, JR., ESQ.<br>69 PUBLIC SQUARE<br>SUITE 501<br>WILKES-BARRE PA, 18701- | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING, INC<br>PO BOX 65250<br>SALT LAKE CITY, UT, 84165-0250 | SERVED BY 1ST CLASS MAIL |
| ANGELA M. FULTON<br>DAVID H. FULTON<br>1718 SCAMPER ST.<br>HAZLE TWP., PA 18202 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 15, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com