| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Angela M. Fulton aka Angela Quick-Fulton aka Angela Marie Fulton aka Angela Fulton |
| Debtor 2 (Spouse, if filing) | David H. Fulton aka David Hoffa Fulton aka David Fulton |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number | 5:14-bk-03088-RNO |

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1

**Court claim no.** (if known) 13

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2660

**Property address:** 1718 Scamper Street
Number    Street

Hazleton        PA        18202
City            State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 05 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due: (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding + (b) $_____

c. **Total.** Add lines a and b. (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box*:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

Signature: /s/ Andrew M. Lubin  Date: September 3, 2019

Print: Andrew M. Lubin
       First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Milstead & Associates, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 1 E. Stow Road
         Number   Street

Marlton, NJ 08053
City   State   ZIP Code

Contact phone: (856) 482-1400   Email: alubin@milsteadlaw.com

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Angela M. Fulton *aka* Angela Quick-Fulton *aka* Angela Marie Fulton *aka* Angela Fulton<br>    David H. Fulton *aka* David Hoffa Fulton *aka* David Fulton,<br>        Debtors, | Bankruptcy No. 5:14-bk-03088-RNO<br>Chapter 13 |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1,<br>        Secured Creditor,<br><br>Angela M. Fulton *aka* Angela Quick-Fulton *aka* Angela Marie Fulton *aka* Angela Fulton<br>and David H. Fulton *aka* David Hoffa Fulton *aka* David Fulton,<br>        Debtors / Respondent,<br><br>and<br>Charles J. DeHart, III,<br>        Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

    Andrew M. Lubin, Esquire counsel for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1, hereby certifies that a copy of the Response to Notice of Final Cure Payment was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on September 3, 2019, addressed as follows:

| | |
|---|---|
| Charles J. DeHart, III, Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>*via electronic transmission and regular mail* | C. Stephen Gurdin, Jr., Esquire<br>67-69 Public Square, Suite 501<br>Wilkes-Barre, PA 18701-2512<br>*via electronic transmission and regular mail* |
| Angela M. Fulton *aka* Angela Quick-Fulton *aka* Angela Marie Fulton *aka* Angela Fulton<br>1718 Scamper St.<br>Hazle Twp., PA 18202<br>*via regular mail* | David H. Fulton *aka* David Hoffa Fulton *aka* David Fulton<br>1718 Scamper St.<br>Hazle Twp., PA 18202<br>*via regular mail* |

MILSTEAD & ASSOCIATES, LLC

DATED: September 3, 2019

By: /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
alubin@milsteadlaw.com
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor