# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

November 5, 2019

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:   ANGELA & DAVID FULTON
          CHAPTER 13 BANKRUPTCY
          CASE NO. 5:14-bk-03088-RNO

Dear Madam/Sir:

I have received returned mail for Remit Corporation, a creditor in the above-referenced bankruptcy. The incorrect address is:

        Remit Corporation
        PO Box 7
        Bloomsburg, PA 17815-0007

Please note the new address. Correspondence should be mailed to:

        Remit Corporation
        36 W. Main St.
        Bloomsburg, PA 17815

Kindly update your records. Thank you.

        Very truly yours,

        /s/Michelle Bergeron
        Michelle Bergeron, Paralegal
        For C. STEPHEN GURDIN, JR., ESQ.