```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:  
Angela M. Fulton  
David H. Fulton  
      Debtors

Case No. 14-03088-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Feb 12, 2020  
                    Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.  
db/jdb         +Angela M. Fulton,    David H. Fulton,    1718 Scamper St.,    Hazle Twp., PA 18202-2801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:

          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-NR1, Mortgage-Backed Notes, Series 2018-NR1 alubin@milsteadlaw.com  
          C. Stephen Gurdin, Jr    on behalf of Debtor 2 David H. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
          C. Stephen Gurdin, Jr    on behalf of Debtor 1 Angela M. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
          C. Stephen Gurdin, Jr    on behalf of Plaintiff David H. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
          C. Stephen Gurdin, Jr    on behalf of Plaintiff Angela M. Fulton Stephen@gurdinlaw.com, michelle@gurdinlaw.com  
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM 2015- 1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Matthew Christian Waldt    on behalf of Creditor    Madison Revolving Trust 2017 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM 2015- 1EC Trust, Mortgage-Backed Notes, Series 2015-1EC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
          Morris Anthony Scott    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for, Metropolitan Asset Funding, Inc., II, Mortgage Pass-Through Certificates, Series 1998-A pabk@logs.com  
          Morris Anthony Scott    on behalf of Creditor    The Bank of New York Mellon, as Trustee, pursuant to the terms of that certain Pooling and Servicing Agreement dated as of April 1, 1998, related to Metropolitan Asset Funding, Inc., II, Mortgage Pass pabk@logs.com  
          Nicole Bernadette LaBletta    on behalf of Creditor    The Bank of New York Mellon, as Trustee, pursuant to the terms of that certain Pooling and Servicing Agreement dated as of April 1, 1998, related to Metropolitan Asset Funding, Inc., II, Mortgage Pass nlabletta@pincuslaw.com, brausch@pincuslaw.com  
          Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM 2015-1EC Trust, Mortgage-Backed Notes, Series 2015-1EC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                         TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Angela M. Fulton,<br>aka Angela Quick–Fulton, aka Angela Marie Fulton, aka Angela Fulton, | Chapter 13 |
| **Debtor 1** | Case No. 5:14–bk–03088–RNO |
| David H. Fulton,<br>aka David Hoffa Fulton, aka David Fulton, | |
| **Debtor 2** | |

Social Security No.:
        xxx–xx–3636        xxx–xx–1488

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 12, 2020

By the Court,

*/s/ Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

fnldec (05/18)